JS-6

Brian S. Letofsky, Esq. (SBN 159232)
Michelle M. Lambre, Esq. (SBN 136339)
WATKINS & LETOFSKY, LLP
2900 S Harbor Boulevard, Suite 240
Santa Ana, CA 92704
Telephone: (949) 476-9400
Facsimile: (949) 476-9407

Attorney for Plaintiff, STATE FARM
GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>HAIER US APPLIANCE SOLUTIONS, INC., a Delaware Corporation dba GE APPLIANCES, a Delaware corporation; ZURN INDUSTRIES, LLC, a Delaware limited liability company; and DOES 1-20, Inclusive,<br><br>Defendants. | CASE NO.: 5:23-cv-00563-SSS-SHKx<br>District Judge: Sunshine S. Sykes<br>Courtroom: 2<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION** |

On October 21, 2024, Plaintiff filed a Stipulation of Dismissal of the Entire Action based the Entire Action based on the Plaintiff STATE FARM GENERAL INSURANCE COMPANY and the only remaining Defendant HAIER US APPLIANCE SOLUTIONS, INC. DBA GE APPLIANCES reaching a settlement. The Court, having considered the Stipulation and finding good cause, hereby GRANTS the request and issues the following ORDER:

Pursuant to the stipulation of the parties and pursuant under Federal Rule of

1   Civil Procedure 41 (a) (1) (ii), IT IS ORDERED THAT THIS ENTIRE ACTION
2   BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes
3   of action and parties, with each party bearing that party's own attorney's fees and
4   costs.  The Clerk is directed to close the file.

6   Dated: October 22, 2024

    _____
    SUNSHINE S. SYKES
    UNITED STATES DISTRICT JUDGE